In the Matter of the Accounting of THE TROY TRUST COMPANY, as Substituted Trustee under the Will of RACHEL S. WILSON, Deceased.

STEPHEN SCHUYLER et al., Appellants; ANNA L. SCHUYLER, as Executrix of PHILIP SCHUYLER, Deceased, Respondent.

(Argued April 15, 1914; decided May 5, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 10, 1914, which affirmed a decree of the Albany County Surrogate's Court construing the will of Rachel S. Wilson, deceased.

*Pierre E. Du Bois* and *Andrew J. Nellis* for appellants.

*Andrew Van Derzee* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.

---

In the Matter of the Accounting of JOHN LYON et al., as Executors of WILLIAM ABRAMS, Deceased, Respondents.

JULIA E. FOWLER et al., Appellants.

*Matter of Lyon*, 157 App. Div. 938, affirmed.
(Argued April 15, 1914; decided May 5, 1914.

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 27, 1913, which affirmed a decree of the Nassau County Surrogate's Court judicially settling the accounts of the executors of William Abrams, deceased.